AO 243 (Rev. 2/95)

**PETITION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| UNITED STATES DISTRICT COURT | District DISTRICT OF COLUMBIA |
|---|---|

| Name of Movant BRIAN ERIC CARR | Prisoner No. 14820-016 | Case No. 02cr 00106-01 |
|---|---|---|

Place of Confinement FEDERAL CORRECTIONAL INSTITUTE TERRE HAUTE
P.O. BOX 33, Terre Haute 47808

| UNITED STATES OF AMERICA | V. | BRAIN ERIC CARR |
|---|---|---|

(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

2. Date of judgment of conviction JULY 24 & 25, 2002

3. Length of sentence 240 MONTHS ON FIRST FOUR COUNTS

4. Nature of offense involved (all counts) 18 U.S.C. §2113(a) F

CASE NUMBER 1:05CV02055
JUDGE: John D. Bates
DECK TYPE: Habeas Corpus/2255
DATE STAMP: 10/19/2005

**FILED**
APR 1 3 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

5. What was your plea? (Check one)
   (a) Not guilty ☒
   (b) Guilty ☐
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:
   N/A

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☒
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐   No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒   No ☐

(2)