UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRIAN ERIC CARR<br><br>Defendant/Petitioner. | Criminal No. 02-0106 (JDB)<br>Civil Action No. 05-2055 (JDB) |

### ORDER

Upon consideration of petitioner's motion, pursuant to 28 U.S.C. § 2255, to vacate, set aside, or correct his sentence, and for the reasons stated in the memorandum opinion issued on this date, it is this <u>21st</u> day of <u>February</u>, 2006, hereby **ORDERED** that the motion is **DENIED**.

        /s/ John D. Bates
        JOHN D. BATES
        United States District Judge

Copies to:

Brian Eric Carr
Prisoner No. 14820-016
Federal Correctional Institution Terre Haute
P.O. Box 33
Terre Haute, IN  47808

    *Petitioner*

Barbara E. Kittay
OFFICE OF THE U.S. ATTORNEY FOR THE DISTRICT OF COLUMBIA
Room 11-840
555 Fourth Street, NW
Washington, DC  20530
Email: barbara.kittay@usdoj.gov

    *Counsel for the United States*