UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRIAN ERIC CARR<br><br>Defendant/Petitioner. | Criminal No. 02-0106 (JDB)<br>Civil Action No. 05-2055 (JDB) |

### ORDER

Upon consideration of petitioner's motion to dismiss petition pursuant to 28 U.S.C. § 2255 (filed Apr. 27, 2006) and the issuance of the Memorandum Opinion and Order denying the petition on February 21, 2006, it is hereby

**ORDERED** that the motion to dismiss is **DENIED** as moot; and it is further

**ORDERED** that the Clerk of the Court is directed to enter on the docket in Criminal No. 02-106 and Civil Action No. 05-2055, the address listed in petitioner's notice of change of address, including his identification number, as follows: Brian Eric Carr, No. 14820-016, FCI Gilmer, PO Box 6000, B-4, Glenville, WV 26351-6000; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order on defendant at the foregoing address.

/s/
JOHN D. BATES
United States District Judge

Date:  April 28, 2006

Copies to:

Brian Eric Carr, No. 14820-016
FCI Gilmer
PO Box 6000, B-4
Glenville, WV 26351-6000
  *Petitioner*


Barbara E. Kittay
OFFICE OF THE U.S. ATTORNEY FOR THE DISTRICT OF COLUMBIA
Room 11-840
555 Fourth Street, NW
Washington, DC  20530
Email: barbara.kittay@usdoj.gov

  *Counsel for the United States*